May 8, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00119-CV

ELIGAH DARNELL, JR., Appellant

V.

FREEMAN MARTIN, DIRECTOR OF TEXAS DEPARTMENT OF PUBLIC
SAFETY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Freeman Martin, Director of Texas Department of Public Safety, signed September 30, 2024, was heard on the appellate record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order this decision certified below for observance.

Judgment Rendered May 8, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Scott K. Field.